No. 872. CONWAY, TRUSTEE, *v.* BONNER. May 15, 1939. Petition for writ of certiorari to the Circuit Court

of Appeals for the Fifth Circuit denied. *Mr. John Mc-Glasson* for petitioner. *Messrs. Walker Saulsbury* and *David B. Trammell* for respondent.